# United States Court of Appeals
## For the First Circuit

No. 02-2138

IN RE PHARMATRAK, INC. PRIVACY LITIGATION,

NOAH BLUMOFE, on behalf of himself and all others similarly
situated; ROB BARRING; JIM DARBY; KAREN GRASSMAN, on behalf of
herself and all others similarly situated; ROBIN MCCLARY; HARRIS
PERLMAN; MARCUS SCHROERS,

Plaintiffs, Appellants,

v.

PHARMATRAK, INC.; GLOCAL COMMUNICATIONS, LTD.,

Defendants, Appellees,

PFIZER, INC.; PHARMACIA CORP.; SMITHKLINE BEECHAM PLC; GLAXO
WELLCOME PLC; DOES 1-100; AMERICAN HOME PRODUCTS CORP.; NOVARTIS
CORP.,

Defendants.

ERRATA SHEET

The opinion of this Court, issued on May 9, 2003, is amended
as follows:

p. 9, l. 10: Delete "at which point they promptly terminated
the service."

p. 22, l. 9-12: Delete sentence beginning, "Further, when
plaintiffs . . . ."